# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **ADAM ROBERT SANDLIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.  6:25-cv-186-MHH-GMB |
| **JUDIE OSBORN,** *et al.*, | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

On August 11, 2025, the Magistrate Judge entered a report in which he recommended dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for Mr. Sandlin's failure to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief.  (Doc. 5).  The Magistrate Judge advised Mr. Sandlin of his right to file written objections within 14 days.  (Doc. 5).  To date, the Court has not received objections.

After consideration of the record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the Magistrate Judge's recommendation.  Consistent with that recommendation and 28 U.S.C. § 1915A(b), by separate order, the Court will dismiss this action without prejudice for failure to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from suit.

**DONE** and **ORDERED** this October 7, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE